IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE HILLMAN GROUP, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:19-cv-00209 |
| KEYME, INC., ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

**AGREED JOINT MOTION FOR LIMITED VENUE DISCOVERY
AND EXTENSION OF BRIEFING DEADLINES**

This agreed Joint Motion is made by and between Plaintiff The Hillman Group, Inc. ("Hillman") and Defendant KeyMe, LLC ("KeyMe"):

WHEREAS, Hillman filed the Complaint in this Action (D.I. 1) on June 3, 2019;

WHEREAS, KeyMe filed a Sealed Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer to the Southern District of New York (D.I. 12/13/16), as well as a Motion to Transfer Venue to the Southern District of New York Under 28 U.S.C. § 1404 (D.I. 14) (collectively, "KeyMe's Motions") on July 25, 2019;

WHEREAS, Hillman's deadline to respond to KeyMe's Motions is presently August 8, 2019;

WHEREAS, Hillman and KeyMe each seek to serve interrogatories, requests for production, and one (1) Rule 30(b)(6) deposition notice containing approximately 5 topics (the "Venue Discovery") targeted to the venue issues; and

WHEREAS, the parties seek to minimize the burden on the Court and ensure the just, speedy, and inexpensive determination of their present dispute;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their undersigned counsel, and subject to approval of the Court, that:

1. Hillman may serve 5 interrogatories and 5 requests for production for the purposes of Venue Discovery;

2. KeyMe may serve 3 interrogatories and 3 requests for production for the purposes of Venue Discovery;

3. Hillman and KeyMe will serve the Venue Discovery on the other party within three (3) calendar days of the filing of this agreed Joint Motion;

4. The parties will serve responses and responsive documents and things to the Venue Discovery on the other party within twenty (20) calendar days of being served with the Venue Discovery;

5. The Rule 30(b)(6) depositions will be held within fourteen (14) calendar days of the service of the respective responses and responsive documents at a mutually agreeable location, for a maximum of four (4) hours each; and

6. Hillman's Oppositions to KeyMe's Motions will be due fourteen (14) calendar days after the date of the last of the Rule 30(b)(6) depositions.

Dated: August 5, 2019

| | |
|---|---|
| _/s/Eric H. Findlay_____ | /s/Deron R. Dacus_____ |
| Eric H. Findlay (Bar No. 00789886) | Deron R. Dacus (Bar No. 00790553) |
| FINDLAY CRAFT, P.C. | THE DACUS FIRM, P.C. |
| 102 North College Avenue, Suite 900 | 821 ESE Loop 323, Suite 430 |
| Tyler, TX 75702 | Tyler, TX 75701 |
| (903) 534-1100 | (903) 705-1177 |

(903) 534-1137 (fax)  
efindlay@findlaycraft.com

(903) 581-2543 (fax)  
ddacus@dacusfirm.com

Of Counsel:

Christopher P. Isaac  
Ryan P. O'Quinn  
FINNEGAN, HENDERSON, FARABOW,  
GARRETT & DUNNER, L.L.P.  
11955 Freedom Drive  
Reston, VA 20190  
(571) 203-2700  
(202) 208-4400 (fax)  
chris.isaac@finnegan.com  
oquinnr@finnegan.com

*Attorneys for Plaintiff*  
*The Hillman Group, Inc.*

Of Counsel:

Michael G. Rhodes  
COOLEY L.L.P.  
101 California Street, 5th Floor  
San Francisco, CA 94111  
(415) 693-2000  
(415) 693-2222 (fax)  
rhodesmg@cooley.com

Stephen R. Smith  
Rose S. Whelan  
COOLEY L.L.P.  
1299 Pennsylvania Ave., NW, Suite 700  
Washington, DC 20004  
(202) 842-7800  
(202) 842-7899 (fax)  
stephen.smith@cooley.com  
rwhelan@cooley.com

*Attorneys for Defendant KeyMe, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. This document will be served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Eric H. Findlay  
Eric H. Findlay