# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE HILLMAN GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:19-cv-00209-JRG |
| ) | |
| KEYME, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On this day came on to be considered Plaintiff's Unopposed Motion for Leave to File Plaintiff's Motion to Disqualify Under Seal and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that leave is granted for Plaintiff's Motion to Disqualify and all attachments to be filed under seal.