**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **THE HILLMAN GROUP, INC.** § | |
| § | Case No. 2:19-cv-00209-JRG |
| v. § | (Lead Case) |
| § | |
| **KEYME, LLC** § | Case No. 2:20-cv-00070-JRG |
| § | (Member Case) |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 5, 2021**

**OPEN: 9:28 AM**                                                                                       **ADJOURN: 5:53 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Tom Derbish |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 09:28 AM | Court opened. Court's greeting, introduction and preliminary instructions to Jury Pool. |
| 09:42 AM | Court asked for announcements from the parties. |
| 09:43 AM | Court continues with information and preliminary instructions to Jury Pool. |
| 09:53 AM | Prospective Jurors begin introduction of themselves. |
| 10:24 AM | Court provides additional instructions to Jury Pool. |
| 10:28 AM | Voir dire on behalf of Plaintiff by Mr. Findlay. |
| 10:58 AM | Voir dire on behalf of Defendant by Mr. Dacus. |
| 11:29 AM | Court provides further instructions to Jury Pool. |
| 11:31 AM | Strike conference with Mr. Findlay and Mr. Dacus. |
| 11:57 AM | Strike conference completed. Court reconvened. |
| 12:00 PM | Attorneys excused to exercise strikes. Court recessed. |
| 12:33 PM | Court reconvened. Jurors selected. Remainder of panel excused. |
| 12:39 PM | Jurors sworn and additional instructions given by the Court. |

2

| TIME | MINUTES |
|---|---|
| 12:58 PM | Jurors excused for lunch. |
| 12:59 PM | Court recessed for lunch. |
| 02:07 PM | Court reconvened.  Jury returned to courtroom.  Court gave preliminary instructions to the Jury.   Jurors were given jury notebooks. |
| 02:55 PM | Plaintiff's opening statement by Mr. Ivey. |
| 03:24 PM | Defendant's opening statement by Mr. Pak. |
| 03:53 PM | Plaintiff invoked the Rule for fact witnesses only. |
| 03:53 PM | Jury recessed to jury room for break. |
| 03:54 PM | Recess. |
| 04:14 PM | Court reconvened. |
| 04:15 PM | Jury returned to courtroom. |
| 04:16 PM | Witness sworn.  Direct examination of Mr. Daniel Freeman by Mr. Ivey. |
| 05:04 PM | Cross examination of Mr. Daniel Freeman by Mr. Nelson. |
| 05:30 PM | Redirect examination of Mr. Daniel Freeman by Mr. Ivey |
| 05:33 PM | Witness dismissed. |
| 05:34 PM | Witness sworn.  Direct examination of Mr. Michael Schmidt by Mr. Ivey. |
| 05:49 PM | Jurors recessed to jury room and dismissed for the day. |
| 05:50 PM | Court took up certain matters with counsel for the parties. |
| 05:53 PM | Court adjourned for the day. |