

**2:19-cv-00209-JRG**
**The Hillman Group, Inc. v KeyMe, LLC**
**Beginning April 5, 2021 at 9:00 AM**

## JURY SELECTION-TRIAL

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Deron Dacus | KeyMe |
| Sean Pak | " |
| Dave Nelson | " |
| Ryan O'Quinn | The Hillman Group |
| Gerald Ivey | Hillman |
| John Williamson | " |
| Cara Regan | " |
| P. Hunter | The Hillman Group |
| Randall Fagundo | The Hillman Group |
| Chris Isaac | The Hillman Group |
| Brian Craft | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |