# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE HILLMAN GROUP, INC. | § |
| | § Case No.  2:19-cv-00209-JRG |
| v. | § (Lead Case) |
| | § |
| KEYME, LLC | § Case No. 2:20-cv-00070-JRG |
| | § (Member Case) |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 2
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 6, 2021

**OPEN:  08:28 AM**                                                                                   **ADJOURN:  05:52 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Tom Derbish |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| **TIME** | **MINUTES** |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:30 AM | Direct examination of Mr. Michael Schmidt by Mr. Ivey, continued. |
| 08:36 AM | Cross examination of Mr. Michael Schmidt by Mr. Pak. |
| 09:06 AM | Redirect examination of Mr. Michael Schmidt by Mr. Ivey. |
| 09:09 AM | Witness dismissed. |
| 09:09 AM | Mr. O'Quinn and Mr. Craft introduced and proceeded with the reading of the deposition of Mr. James Abbott. |
| 09:12 AM | Mr. O'Quinn introduced the video deposition of Mr. Kristopher Borer. |
| 09:28 AM | Video deposition of Mr. Kristopher Borer completed. |
| 09:29 AM | Mr. O'Quinn introduced the video deposition of Mr. Brad Weinshenker. |
| 09:34 AM | Video deposition of Mr. Brad Weinshenker completed. |
| 09:35 AM | Jurors excused for morning break. |

| TIME | MINUTES |
|---|---|
| 09:36 AM | Court recessed for morning break. |
| 09:54 AM | Court reconvened. |
| 09:54 AM | Jury returned to courtroom. |
| 09:55 AM | Witness sworn.  Direct examination of Dr. Richard Klopp by Mr. O'Quinn. |
| 11:22 AM | Jury returned to jury room. |
| 11:23 AM | The Court took up matters re: a raised objection.  Mr. Pak argued for the Defendant.  Mr. O'Quinn responded on behalf of the Plaintiff.  Court overruled objection. |
| 11:32 AM | Jury returned to courtroom. |
| 11:33 AM | Direct examination of Dr. Richard Klopp by Mr. O'Quinn, continued. |
| 11:39 AM | Cross examination of Dr. Richard Klopp by Mr. Pak. |
| 11:54 AM | Jurors excused to jury room for lunch break. |
| 11:55 AM | Court recessed for lunch break. |
| 01:01 PM | Court reconvened. |
| 01:01 PM | Jury returned to courtroom. |
| 01:02 PM | Cross examination of Dr. Richard Klopp by Mr. Pak, continued. |
| 01:46 PM | Redirect examination of Dr. Richard Klopp by Mr. O'Quinn. |
| 01:54 PM | Recross examination of Dr. Richard Klopp by Mr. Pak. |
| 01:56 PM | Witness dismissed. |
| 01:57 PM | Witness sworn.  Direct examination of Dr. Joshua Phinney by Mr. Ivey. |
| 02:38 PM | Off the record. |
| 02:39 PM | Back on the record. |
| 02:39 PM | Direct examination of Dr. Joshua Phinney by Mr. Ivey, continued. |
| 02:55 PM | Jurors excused for afternoon recess. |
| 02:57 PM | Court recessed for afternoon break. |
| 03:24 PM | Court reconvened. |
| 03:25 PM | Jury returned to courtroom. |
| 03:25 PM | Direct examination of Dr. Joshua Phinney by Mr. Ivey, continued. |
| 04:14 PM | Cross examination of Dr. Joshua Phinney by Mr. Pak. |
| 04:45 PM | Jury retired to jury room. |
| 04:45 PM | Court took up a matter with counsel. |
| 04:46 PM | Jury returned to courtroom. |
| 04:47 PM | Cross examination of Dr. Joshua Phinney by Mr. Pak, continued. |
| 05:01 PM | Redirect examination of Dr. Joshua Phinney by Mr. Ivey. |
| 05:06 PM | Recross examination of Dr. Joshua Phinney by Mr. Pak. |
| 05:10 PM | Additional redirect examination of Dr. Joshua Phinney by Mr. Ivey. |
| 05:12 PM | Additional recross examination of Dr. Joshua Phinney by Mr. Pak. |
| 05:13 PM | Additional redirect examination of Dr. Joshua Phinney by Mr. Ivey. |
| 05:13 PM | Witness dismissed. |
| 05:14 PM | Witness sworn.  Direct examination of Mr. Randall Fagundo by Mr. Williamson. |
| 05:48 PM | Jurors recessed to jury room and dismissed for the day. |
| 05:50 PM | Court took up certain matters with counsel. |
| 05:52 PM | Court adjourned for the day. |