IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE HILLMAN GROUP, INC. | § | |
| | § | Case No. 2:19-cv-00209-JRG |
| v. | § | (Lead Case) |
| | § | |
| KEYME, LLC | § | Case No. 2:20-cv-00070-JRG |
| | § | (Member Case) |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 7, 2021**

**OPEN: 08:25 AM**                                                                                        **ADJOURN: 06:10 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Tom Derbish |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| **TIME** | **MINUTES** |
|---|---|
| 08:25 AM | Court opened. |
| 08:25 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:28 AM | Direct examination of Mr. Randall Fagundo by Mr. Williamson, continued. |
| 08:58 AM | Cross examination of Mr. Randall Fagundo by Mr. Dacus. |
| 10:14 AM | Jury excused for morning break. |
| 10:14 AM | Court recessed for morning break. |
| 10:38 AM | Court reconvened. |
| 10:39 AM | Jury entered the courtroom. |
| 10:40 AM | Redirect examination of Mr. Randall Fagundo by Mr. Williamson. |
| 10:52 AM | Recross examination of Mr. Randall Fagundo by Mr. Dacus. |
| 11:00 AM | Additional redirect examination of Mr. Randall Fagundo by Mr. Williamson. |
| 11:02 AM | Witness dismissed. |
| 11:03 AM | Witness sworn.  Direct examination of Mr. Barry Bell by Mr. Williamson. |

| TIME | MINUTES |
|---|---|
| 11:13 AM | **Courtroom sealed** |
| 11:13 AM | Direct examination of Mr. Barry Bell by Mr. Williamson, continued. |
| 11:44 AM | **Courtroom unsealed** |
| 11:44 AM | Direct examination of Mr. Barry Bell by Mr. Williamson, continued. |
| 11:49 AM | Cross examination of Mr. Barry Bell by Mr. Nelson. |
| 11:59 AM | Jurors excused for lunch break. |
| 12:00 PM | Court ordered the parties to (1) meet and confer; and (2) submit and furnish to the Court an updated joint submission of proposed final jury instructions and verdict form in Word version format by 3:00 PM tomorrow.  Court requested clarification from Ms. Cara Regan re: an exhibit read into the record earlier today. |
| 12:02 PM | Court recessed for lunch break. |
| 01:09 PM | Court reconvened. |
| 01:10 PM | Jury returned to courtroom. |
| 01:10 PM | Cross examination of Mr. Barry Bell by Mr. Nelson, continued. |
| 01:52 PM | Redirect examination of Mr. Barry Bell by Mr. Williamson. |
| 01:58 PM | Recross examination of Mr. Barry Bell by Mr. Nelson. |
| 02:01 PM | Additional redirect examination of Mr. Barry Bell by Mr. Williamson. |
| 02:03 PM | Witness dismissed. |
| 02:04 PM | (Adverse) Witness sworn.  Direct examination of Mr. Greg Marsh by Mr. Findlay. |
| 02:38 PM | Jury excused for afternoon break. |
| 02:38 PM | Court recessed for afternoon break. |
| 03:08 PM | Court reconvened. |
| 03:09 PM | Jury returned to courtroom. |
| 03:10 PM | Direct examination of Mr. Greg Marsh by Mr. Findlay, continued. |
| 03:18 PM | Cross examination of Mr. Greg Marsh by Mr. Nelson. |
| 04:13 PM | Jury retired to jury room. |
| 04:14 PM | Mr. Findlay presented argument re: MIL No. 10.  Mr. Nelson responded on behalf of Defendant. |
| 04:29 PM | Jury returned to courtroom. |
| 04:30 PM | Redirect examination of Mr. Greg Marsh by Mr. Findlay. |
| 04:35 PM | Witness dismissed. |
| 04:35 PM | Plaintiff rests its case in chief. |
| 04:36 PM | Witness sworn.  Direct examination of Dr. Harikrishnan Unnikrishnan by Mr. Nelson. |
| 05:03 PM | Cross examination of Dr. Harikrishnan Unnikrishnan by Mr. O'Quinn. |
| 05:14 PM | Witness excused by the Court. |
| 05:16 PM | Jury recessed to jury room for afternoon break. |
| 05:17 PM | Court recessed for afternoon break. |
| 05:32 PM | Court reconvened. |
| 05:32 PM | Jury returned to courtroom. |
| 05:33 PM | Mr. Dacus introduced the video deposition of Mr. Chris Lohmann. |
| 05:40 PM | Video deposition of Mr. Chris Lohmann completed. |
| 05:40 PM | Mr. Dacus introduced the video deposition of Mr. Scott Moore. |
| 05:56 PM | Video deposition of Mr. Scott Moore completed. |
| 05:57 PM | Mr. Dacus introduced the video deposition of Mr. Phillip Gerlings. |

| TIME | MINUTES |
|---|---|
| 06:00 PM | Video deposition of Mr. Phillip Gerlings completed. |
| 06:01 PM | Mr. Dacus introduced the video deposition of Mr. John Campbell. |
| 06:03 PM | Video deposition of Mr. John Campbell completed. |
| 06:03 PM | Mr. Dacus introduced the video deposition of Mr. David Scott Basham |
| 06:06 PM | Video deposition of Mr. David Scott Basham completed. |
| 06:06 PM | Mr. Dacus introduced the video deposition of Mr. William Robert Mutch. |
| 06:08 PM | Video deposition of Mr. William Robert Mutch completed. |
| 06:08 PM | Jury recessed for the day. |
| 06:10 PM | Court adjourned for the day. |