IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE HILLMAN GROUP, INC. § | |
| § | Case No.  2:19-cv-00209-JRG |
| v. § | (Lead Case) |
| § | |
| KEYME, LLC § | Case No. 2:20-cv-00070-JRG |
| § | (Member Case) |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 8, 2021**

**OPEN: 08:31 AM**                                                                             **ADJOURN:  05:47 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Tom Derbish |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| **TIME** | **MINUTES** |
|---|---|
| 08:31 AM | Court opened. |
| 08:31 AM | Exhibits used prior day read into the record. |
| 08:35 AM | Jury entered the courtroom. |
| 08:36 AM | Witness sworn.  Direct examination of Mr. Mark O'Neil by Mr. Dacus. |
| 09:07 AM | Cross examination of Mr. Mark O'Neil by Mr. O'Quinn. |
| 09:38 AM | Redirect examination of Mr. Mark O'Neil by Mr. Dacus. |
| 09:44 AM | Recross examination of Mr. Mark O'Neil by Mr. O'Quinn. |
| 09:45 AM | Witness excused by the Court. |
| 09:46 AM | Witness sworn.  Direct examination of Dr. Dan Schonfeld by Mr. Pak. |
| 10:03 AM | Jury returned to jury room for morning break. |
| 10:04 AM | Court recessed for morning break. |
| 10:24 AM | Court reconvened. |
| 10:24 AM | Jury returned to courtroom. |
| 10:25 AM | Direct examination of Dr. Dan Schonfeld by Mr. Pak, continued. |

| TIME | MINUTES |
|---|---|
| 11:34 AM | Cross examination of Dr. Dan Schonfeld by Mr. Findlay. |
| 11:48 AM | Jury excused for lunch break. |
| 11:50 AM | Court recessed for lunch break. |
| 01:12 PM | Court reconvened. |
| 01:12 PM | Jury returned to courtroom. |
| 01:13 PM | Cross examination of Dr. Dan Schonfeld by Mr. Findlay, continued. |
| 01:41 PM | Redirect examination of Dr. Dan Schonfeld by Mr. Pak. |
| 01:58 PM | Recross examination of Dr. Dan Schonfeld by Mr. Findlay. |
| 01:59 PM | Witness dismissed. |
| 01:59 PM | Witness sworn.  Direct examination of Dr. David Doermann by Mr. Nelson. |
| 03:08 PM | Jury recessed for afternoon break. |
| 03:10 PM | Court recessed for afternoon break. |
| 03:38 PM | Court reconvened. |
| 03:38 PM | Jury returned to courtroom. |
| 03:39 PM | Cross examination of Dr. David Doermann by Mr. O'Quinn. |
| 03:51 PM | Jury returned to courtroom. |
| 03:52 PM | Bench conference conducted.  Mr. O'Quinn for the Plaintiff.  Mr. Nelson for the Defendant.  Mr. Dacus joined on behalf of Defendant. |
| 04:00 PM | Bench conference concluded. |
| 04:01 PM | Jury returned to courtroom. |
| 04:01 PM | Cross examination of Dr. David Doermann by Mr. O'Quinn, continued. |
| 04:26 PM | Redirect examination of Dr. David Doermann by Mr. Nelson. |
| 04:36 PM | Recross examination of Dr. David Doermann by Mr. O'Quinn. |
| 04:38 PM | Witness dismissed. |
| 04:39 PM | Witness sworn.  Direct examination of Dr. Michael Akemann by Mr. Nardinelli. |
| 04:46 PM | **Courtroom sealed.** |
| 04:46 PM | Direct examination of Dr. Michael Akemann by Mr. Nardinelli, continued. |
| 04:58 PM | **Courtroom unsealed** |
| 04:58 PM | Direct examination of Dr. Michael Akemann by Mr. Nardinelli, continued. |
| 05:14 PM | Cross examination of Dr. Michael Akemann by Mr. Findlay. |
| 05:26 PM | Redirect examination of Dr. Michael Akemann by Mr. Nardinelli. |
| 05:27 PM | Witness dismissed. |
| 05:27 PM | Defendant rests its case in chief. |
| 05:27 PM | Court instructed Plaintiff to offer rebuttal witnesses tomorrow. |
| 05:28 PM | Jury excused for the day. |
| 05:29 PM | Court asked for status of Plaintiff's rebuttal witnesses:  Two will be presented – Dr. Klopp and Dr. Phinney. |
| 05:29 PM | Court addressed those matters presented during the bench conference conducted earlier today.  Court instructed that following tomorrow's testimony of the two rebuttal witnesses: (1)  the jury will be dismissed for the day; (2) the Court will proceed with hearing argument on Rule 50(a) motions; and (3) the informal charge conference will be conducted.  On Monday, the Court will conduct the formal charge conference, and closing arguments will begin thereafter. |
| 05:47 PM | Court adjourned for the day. |