# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE HILLMAN GROUP, INC. § | |
| § | Case No. 2:19-cv-00209-JRG |
| v. § | (Lead Case) |
| § | |
| KEYME, LLC § | Case No. 2:20-cv-00070-JRG |
| § | (Member Case) |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 9, 2021

**OPEN: 08:34 AM**                                             **ADJOURN: 12:19 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Tom Derbish |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 08:34 AM | Court opened. |
| 08:35 AM | Exhibits used prior day read into the record. |
| 08:36 AM | Jury entered the courtroom. |
| 08:37 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Richard Klopp, by Mr. Williamson. |
| 08:58 AM | Cross examination of Dr. Richard Klopp by Mr. Pak. |
| 09:24 AM | Redirect examination of Dr. Richard Klopp by Mr. Williamson. |
| 09:29 AM | Recross examination of Dr. Richard Klopp by Mr. Pak. |
| 09:30 AM | Witness excused. |
| 09:30 AM | Direct examination of Plaintiff's rebuttal witness, Dr. Joshua Phinney, by Mr. Ivey. |
| 10:00 AM | Cross examination of Dr. Joshua Phinney by Mr. Pak. |
| 10:15 AM | Redirect examination of Dr. Joshua Phinney by Mr. Ivey. |
| 10:21 AM | Witness excused. |

2

| TIME | MINUTES |
|---|---|
| 10:21 AM | Court provided instructions to jury. Jury excused for the remainder of the day to return on Monday at 9:00 AM. Formal charge conference and closing arguments will be conducted on Monday. |
| 10:24 AM | Jury excused for the weekend. |
| 10:24 AM | Court recessed. |
| 11:07 AM | Court reconvened. |
| 11:08 AM | The Court began hearing argument on Rule 50(a) motions, to include Plaintiff's Dkt. No. 290 and Defendant's Dkt. No. 291. |
| 11:09 AM | Ms. Regan presented argument on behalf of the Plaintiff and Mr. Nelson presented argument on behalf of the Defendant. |
| 12:10 PM | The Court DENIED the motions. |
| 12:11 PM | Completion of Rule 50(a) motions hearing. Informal charge conference will begin at 1:45 PM today in the courtroom. |
| 12:16 PM | Off the record |
| 12:17 PM | Back on the record. |
| 12:18 PM | Additional exhibits used during the rebuttal portion of the trial were read into the record. |
| 12:19 PM | Court recessed. |