IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE HILLMAN GROUP, INC., | § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NOS. 2:19-CV-00209-JRG |
| | § | 2:20-CV-00070-JRG |
| KEYME, LLC, | § § | |
| *Defendant.* | § § | |

# JURY VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Hillman" refers to The Hillman Group, Inc.
- "KeyMe" refers to KeyMe, LLC
- The "'446 Patent" refers to U.S. Patent No. 8,979,446.
- The "'179 Patent" refers to U.S. Patent No. 9,914,179.
- The "'474 Patent" refers to U.S. Patent No. 10,400,474.
- The "'830 Patent" refers to U.S. Patent No. 10,577,830.
- The "'813 Patent" refers to U.S. Patent No. 10,628,813.
- The "'336 Patent" refers to U.S. Patent No. 10,737,336.
- The "Patents-In-Suit" refers collectively to the '446, '179, '474, '830, '813, and '336 Patents.
- The "Asserted Claims" refers collectively to:
    - Claims 70 and 71 of the '446 Patent;
    - Claims 9, 10, and 15 of the '179 Patent;
    - Claim 7 of the '474 Patent;
    - Claims 1, 9, 10, and 12 of the '830 Patent;
    - Claims 1, 8, 15, and 17 of the '813 Patent; and
    - Claims 1, 5, 6, and 8 of the '336 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1:

Did Hillman prove by a preponderance of the evidence that KeyMe infringed **ANY** of the Asserted Claims?

Yes: _____   No: \_\_✓\_\_\_\_

## QUESTION NO. 2:

Did KeyMe prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Check either "Yes" or "No" for each Asserted Claim listed below:**

| Claim | Yes | No |
|---|---|---|
| Claim 9 of the '179 Patent |  | ✓ |
| Claim 10 of the '179 Patent |  | ✓ |
| Claim 15 of the '179 Patent | ✓ |  |
| Claim 7 of the '474 Patent |  | ✓ |
| Claim 1 of the '830 Patent | ✓ |  |
| Claim 9 of the '830 Patent | ✓ |  |
| Claim 10 of the '830 Patent | ✓ |  |
| Claim 12 of the '830 Patent | ✓ |  |
| Claim 1 of the '336 Patent | ✓ |  |
| Claim 5 of the '336 Patent | ✓ |  |
| Claim 6 of the '336 Patent | ✓ |  |
| Claim 8 of the '336 Patent | ✓ |  |

**If you answered "NO" to Question No. 1, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim of the '446, '179, '830, '336, or '813 Patents that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 3**

Did Hillman prove by a preponderance of the evidence that KeyMe willfully infringed **ANY** of the Asserted Claims of the '446, '179, '830, '336, or '813 Patents that you found were infringed?

Yes: _____    No: _____

6

**<u>If you answered NO to Question No. 1, then DO NOT answer Question Nos. 4a, 4b, or 4c.</u>**

**<u>Answer Question Nos. 4a, 4b, and 4c ONLY as to any Asserted Claim that you have found BOTH to be infringed AND (if applicable) not invalid.</u>**

**<u>QUESTION NO. 4a:</u>**

What sum of money, if any, has Hillman proven by a preponderance of the evidence that it is entitled to as **lost profits**?

Answer in United States Dollars and Cents, if any:

$ _____

7

**<u>If you awarded lost profits in Question 4a, you must also answer Question 4b as to any acts of infringement for which you have not already awarded lost profits.</u>**

**<u>If you did NOT award any lost profits in Question 4a, you must answer Question 4b as to ALL acts of infringement.</u>**

**<u>QUESTION NO. 4b:</u>**

What sum of money, if any, paid now in cash, has Hillman proven by a preponderance of the evidence would compensate Hillman as a **reasonable royalty** for its damages resulting from infringement?

Answer in United States Dollars and Cents, if any:

$ _____

**QUESTION NO. 4c:**

Is the reasonable royalty amount you awarded in Question 4b: (i) a lump-sum representing damages for past and future infringement; (ii) a lump-sum representing damages for past infringement only; or (iii) a running royalty?

**Check ONE of the following:**

_____  Lump Sum for past and future infringement

- OR -

_____  Lump Sum for past infringement only

- OR -

_____  Running Royalty

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __12__ day of April, 2021.

_____
**Jury Foreperson**