IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE HILLMAN GROUP, INC. § | |
| § | Case No.  2:19-cv-00209-JRG |
| v. § | (Lead Case) |
| § | |
| KEYME, LLC § | Case No. 2:20-cv-00070-JRG |
| § | (Member Case) |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 6
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
April 12, 2021**

**OPEN: 08:17 AM**                                                                                  **ADJOURN:  04:15 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Lee Matalon<br>Will Nilsson<br>Tom Derbish |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| **TIME** | **MINUTES** |
|---|---|
| 08:17 AM | Court opened. |
| 08:20 AM | Formal charge conference started. |
| 08:20 AM | Mr. Williamson argued for Plaintiff and Mr. Dacus argued for Defendant. |
| 08:34 AM | Formal charge conference completed. |
| 08:38 AM | Recess. |
| 09:04 AM | Court reconvened. |
| 09:05 AM | Jury entered the courtroom. |
| 09:05 AM | Court provides instructions to jury. |
| 10:16 AM | Closing argument by Plaintiff's counsel, Mr. Ivey |
| 10:40 PM | Closing argument by Defendant's counsel, Mr. Pak. |
| 11:05 AM | Continuation of closing argument by Defendant's counsel, Mr. Nelson. |
| 11:19 AM | Continuation of closing argument by Plaintiff's counsel, Mr. Findlay. |
| 11:32 AM | Closing arguments concluded. |
| 11:32 AM | Court gives final instructions to the jury. |

2

| TIME | MINUTES |
|------|---------|
| 11:37AM | Jury retired to jury room to deliberate. |
| 11:38 AM | Recess. |
| 01:32 PM | Court reconvened. Jury note received by the Court. Court provided response by note hand-delivered by CSO to the Jury. |
| 01:36 PM | Recess. |
| 04:02 PM | Court reconvened. Note from Jury indicating a verdict has been reached. |
| 04:04 PM | Jury returned to the courtroom. Court read verdict in its entirety. Jurors polled representing a unanimous verdict. Jurors released and excused by the Court. |
| 04:15 PM | Court adjourned. |